**Order entered November 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01258-CR

**JERRY ANTOINE NOLAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-00427-M**

## ORDER
Before Justices Bridges, Francis, and Myers

Based on the Court's opinion of this date, we **DIRECT** the Clerk of this Court to issue

the mandate in this appeal **INSTANTER**.


/s/     MOLLY FRANCIS
         JUSTICE